668

158 A.3d 81

COMMONWEALTH of Pennsylvania, Respondent

v.

Tyree JOHNSON, Petitioner

No. 186 EAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

## ORDER

PER CURIAM

**AND NOW,** this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**